# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 5:18-cr-00056-VEH-HNJ |
| | ) | |
| BRIAN ROBERT SODI | ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through its counsel, Jay E. Town, United States Attorney for the Northern District of Alabama, and Jonathan S. Keim, Assistant United States Attorney, and moves the Court for permission to file a certain document under seal.

Respectfully submitted this the 21st day of March, 2018.

                                        JAY E. TOWN
                                      United States Attorney

                                        */s/ electronic signature*
                                        JONATHAN S. KEIM
                                        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed using the Court's CM/ECF system and that a copy of same has been served upon counsel for the defendant via electronic mail on this the 21st day of March, 2018.

*/s/ electronic signature*
JONATHAN S. KEIM
Assistant United States Attorney