FILED

2018 Mar-22  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| } | |
| **v.** } | **CASE NO.5:18-cr-56-VEH-HNJ** |
| } | **FILED UNDER SEAL** |
| **BRIAN ROBERT SODI** } | |

### ORDER

Before the Court is the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2). For good cause shown, the Motion is hereby GRANTED.

The Government shall file a notice with the Court when it has issued the press release and established the website contemplated by its § 3771 obligations.  The notice shall append a copy of the press release and include the web address for the website the Government will establish.

SO ORDERED this 22nd day of March, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE