FILED
2018 Mar-26 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 5:18-CR-00056-VEH-HNJ |
| | ) | |
| BRIAN ROBERT SODI | ) | |

### GOVERNMENT'S NOTICE OF FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through its counsel, Jay E. Town, United States Attorney, and Jonathan S. Keim, Assistant United States Attorney, hereby notifies the Court that the Government has provided written notice to the defendant of its intent to offer foreign records of regularly conducted activity into evidence at trial under Title 18, United States Code, Section 3505.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

By: _____
JONATHAN S. KEIM
*Assistant United States Attorney*
United States Attorney's Office
400 Meridian St., Suite 304
Huntsville, AL 35801
Phone: (256) 534-8285
Fax:    (256) 539-3270

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel for the defendant by hand delivery on March 26, 2018.

        Respectfully submitted,

        JAY E. TOWN
        UNITED STATES ATTORNEY

By: _____
        JONATHAN S. KEIM
        *Assistant United States Attorney*
        United States Attorney's Office
        400 Meridian St., Suite 304
        Huntsville, AL 35801
        Phone: (256) 534-8285
        Fax:    (256) 539-3270