# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 5:18-CR-00056-VEH-HNJ |
| | ) |
| **BRIAN ROBERT SODI** | ) |

## <u>JOINT MOTION TO DECLARE CASE COMPLEX</u>

The United States of America, by and through its counsel, Jay E. Town, United States Attorney, and Jonathan S. Keim, Assistant United States Attorney, and the defendant, Brian Robert Sodi, through his counsel, respectfully request that the Court declare this case complex for the purposes of the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*, for the following reasons:

1. The Indictment alleges that in 2012 and 2013, the defendant, Brian Robert Sodi, committed a series of securities and other frauds involving the promotion of penny stocks through a pump-and-dump and scalping scheme.

2. The Indictment further alleges that the defendant used a network of financial institutions, offshore entities, and transactions to obscure the true nature of his involvement in the scheme. This allegedly involved using a foreign shell corporation to trade in the penny stocks he was promoting, then laundering the proceeds of the fraud back to entities under his control in the United States.

3. The defendant has entered a not guilty plea and is not in custody at this time.

4. A first production of discovery has already been delivered to the defense and further productions are being prepared. The Government estimates that the organized discovery ultimately made available to the defense will amount to at least 100 gigabytes of data, mostly in the form of thousands of documents, with additional materials to be made available for inspection or copying.

5. The organized discovery to be provided by the Government is sufficiently complex that it would be unreasonable to expect the parties to adequately prepare for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act or the Court's scheduling order.

6. Under 18 U.S.C. § 3161(h)(7), the Court may grant a continuance from the standard speedy trial period "at the request of the defendant or his counsel or at the request of the attorney for the Government" if the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. In this case, a continuance serves the best interest of both the public and the parties in this case.

7. Accordingly, the parties jointly request that the Court declare the case "complex" within the meaning of 18 U.S.C. § 3161(h)(7)(ii) and extend the

deadlines in the scheduling order and the standing discovery order by a period of 90 days.

                              Respectfully submitted,

                              FOR THE UNITED STATES:

                              JAY E. TOWN
                              UNITED STATES ATTORNEY

**By:**       /s/
                              JONATHAN S. KEIM
                              *Assistant United States Attorney*
                              United States Attorney's Office
                              400 Meridian St., Suite 304
                              Huntsville, AL 35801
                              Phone: (256) 534-8285
                              Fax:   (256) 539-3270

                              FOR DEFENDANT BRIAN ROBERT
                              SODI:

**By:**       /s/

| Loren Washburn, Esq. | Neil A. Kaplan, Esq. |
| --- | --- |
| Smith Correll LLP | Clyde Snow and Sessions, P.C. |
| 8 East Broadway | 201 South Main St., Suite 1300 |
| Salt Lake City, UT 84111 | Salt Lake City, UT 84111 |
| lwashburn@smithcorrell.com | nak@clydesnow.com |

                              Jack W. Selden, Esq.
                              Bradley Arant Boult Cummings LLP
                              1819 Fifth Avenue North
                              Birmingham, AL 35203-2119
                              jselden@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel through the CM/ECF system on April 2, 2018.

                                            Respectfully submitted,

                                            JAY E. TOWN
                                            UNITED STATES ATTORNEY

**By:**       /s/
                                            JONATHAN S. KEIM
                                            *Assistant United States Attorney*
                                            United States Attorney's Office
                                            400 Meridian St., Suite 304
                                            Huntsville, AL 35801
                                            Phone:  (256) 534-8285
                                            Fax:    (256) 539-3270