UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } |
| **v.** | } CASE NO. 5:18-cr-56-VEH-HNJ |
| | } |
| **BRIAN ROBERT SODI** | } |

### ORDER

This matter comes before the court on the parties' joint motion to declare this case complex. (Doc. 19). The court specifically notes that defendant is charged in a multi-count indictment alleging a series of securities frauds and other offenses involving penny stocks. The discovery in this case is voluminous. Counsel for the government estimates a large amount of data, equaling thousands of documents, will be made available to the defense, with additional materials available for inspection and copying.

The court has considered the factors set out in 18 U.S.C. § 3161(h)(7)(A) and (B) and concludes that the failure to grant defendant's motion would severely impact his ability to prepare a defense and could result in a miscarriage of justice. Furthermore, the case's complexity -- due to the large amount of discovery, and the nature of the case -- renders it unreasonable to expect adequate preparation for pretrial proceedings and trial within the limits generally set under the Speedy Trial Act. Even if this case were not deemed complex, the court finds that declining to grant a reasonable delay for this case, taken as a whole,

would deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by granting defendant's motion outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the court **GRANTS** the motion to have this case declared complex and hereby **DECLARES** same. All deadlines in this case are **CONTINUED** generally. This matter is set for a telephone status conference on Monday, July 30, 2018 at 10:00 a.m. A separate order will be entered containing the call-in information. The parties should be prepared to discuss new deadlines for pretrial motions, rule 17.1 plea notification, and trial. Trial, if necessary, will be set by separate order.

**DONE** this 4th day of April, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE