# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 5:18-cr-00056-VEH-HNJ |
| | ) |
| **BRIAN ROBERT SODI** | ) |

## GOVERNMENT'S NOTICE OF VICTIM NOTIFICATION

In accordance with the Court's March 22 Order granting the Government's motion for alternative victim notification, the Government hereby files this Notice of Victim Notification. The press release issued by the Government can be accessed at https://www.justice.gov/usao-ndal/boca-raton-man-arrested-securities-fraud-and-mail-fraud-conspiracy-0. A copy of the press release is attached as Exhibit A.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

By:      /s/ Jonathan S. Keim
Jonathan S. Keim
*Assistant United States Attorney*
United States Attorney's Office
400 Meridian St., Suite 304
Huntsville, AL 35801
Phone: (256) 534-8285
Fax:    (256) 539-3270

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on counsel for defendant via electronic mail on April 20, 2018.

>Respectfully submitted,
>
>JAY E. TOWN
>UNITED STATES ATTORNEY
>
>By:  **/s/ Jonathan S. Keim**
>Jonathan S. Keim
>Assistant United States Attorney
>United States Attorney's Office
>400 Meridian St., Suite 304
>Huntsville, AL 35801
>Phone: (256) 534-8285
>Fax:   (256) 539-3270