FILED

2018 May-23  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

### <u>NORTHEASTERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 5:18-CR-00056-VEH-HNJ** |
| | ) | |
| **BRIAN ROBERT SODI** | ) | |

### <u>JOINT MOTION FOR CONTINUANCE OF TRIAL DATE</u>

The parties hereby jointly move the Court to continue the trial date currently set in the above-captioned matter for August 6, 2018. In support of their Motion, the parties state the following:

1.      The Indictment alleges that in 2012 and 2013, the defendant, Brian Robert Sodi, committed a series of securities and other frauds involving the promotion of penny stocks through a pump-and-dump and scalping scheme.

2.      The Indictment further alleges that the defendant used a network of financial institutions, offshore entities, and transactions to obscure the true nature of his involvement in the scheme. This allegedly involved using a foreign shell corporation to trade in the penny stocks he was promoting, then laundering the proceeds of the fraud back to entities under his control in the United States.

3.      On March 8, 2018, the defendant was arrested in the Southern District of Florida and placed on bond at that time.

4.      On March 26, 2018, the defendant was arraigned before U.S. Magistrate Judge Herman N. Johnson, Jr. in Huntsville, Alabama. The defendant entered a plea of not guilty and continued on bond.

5.      On April 2, 2018, the parties filed a joint motion to declare this case complex. This motion was based on the complexity of the case, the time required to provide the defense with voluminous documentary discovery, and the need for the defense to adequately review the discovery. Doc. 19.

6.      On April 4, 2018, U.S. Magistrate Judge Herman N. Johnson, Jr. issued an Order declaring the case complex and generally continuing the case deadlines, with a status conference set for July 30, 2018, at 10:00 A.M. Doc. 22.

7.      Based on the Government's concerns about possible dissemination of information relating to victims and third-parties (as further outlined in the Government's Motion for Protective Order, Doc. 36), the Government has delayed production of the sensitive discovery until the Court entered an appropriate protective order. Negotiations failed to produce an agreed order, however, so the Government filed its Motion for Protective Order on May 18, 2018. Doc. 36. The defense response is due on May 28, 2018. Doc. 37.

8.      Trial is currently set for August 6, 2018 at 9 AM in Birmingham, Alabama. Doc. 35. The current trial date will not allow the defense team adequate time to complete its review of discovery in this complex case after the protective

order issue is resolved. In addition, the defense would not have time to adequately prepare for trial in this complex case in the time allotted. Neither party would be prejudiced by a delay of 60 days. Accordingly, the parties jointly request that the Court continue trial in this matter for a period of 60 days.

Respectfully submitted,

FOR THE UNITED STATES:

JAY E. TOWN
UNITED STATES ATTORNEY

By:   **/s/Jonathan S. Keim**
Jonathan S. Keim
*Assistant United States Attorney*
United States Attorney's Office
400 Meridian St., Suite 304
Huntsville, AL 35801
Phone: (256) 534-8285
Fax:    (256) 539-3270

FOR DEFENDANT BRIAN ROBERT SODI:

By:   **/s/Neil A. Kaplan**

D. Loren Washburn, Esq.            Neil A. Kaplan, Esq.
Smith Correll LLP                  Clyde Snow and Sessions, P.C.
8 East Broadway, Suite 320         201 South Main St., Suite 1300
Salt Lake City, UT 84111           Salt Lake City, UT 84111
lwashburn@smithcorrell.com         nak@clydesnow.com

Jack W. Selden, Esq.
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
jselden@bradley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

**By:   /s/Jonathan S. Keim**
Jonathan S. Keim
*Assistant United States Attorney*
United States Attorney's Office
400 Meridian St., Suite 304
Huntsville, AL 35801
Phone: (256) 534-8285
Fax:     (256) 539-3270