FILED
2018 May-23 PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| v. | } CASE NO. 5:18-cr-56-VEH-HNJ |
| BRIAN ROBERT SODI | } |

## ORDER

This matter proceeds before the court on defendant's Motion to Modify Conditions of Release (doc. 38), which is unopposed by the government. The Court GRANTS the Motion and MODIFIES the conditions of Mr. Sodi's release to permit domestic travel with the permission and under the supervision of the United States Probation Office.

**DONE** this 23rd day of May, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE