# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CASE NO.  5:18-CR-56-VEH-HNJ |
| | ) |
| **BRIAN ROBERT SODI** | ) |

## ORDER

This matter comes before the court on the parties' joint motion to continue the trial date.  (Doc. 40).  Pursuant to the Order entered by United States Magistrate Judge Herman N. Johnson, Jr. On April 4, 2018, deeming this case complex, along with an interest of justice finding (Doc. 22), the court hereby **GRANTS** the motion and **VACATES** the Order Setting Criminal Jury Trial entered by the undersigned on May 7, 2018. (Doc. 35). This case remains set for a telephone status conference on Monday, July 30, 2018 at 10:00 a.m.,  to discuss new deadlines for pretrial motions, Rule 17.1 plea notification, and trial. The court notes that this case would be set for trial in Huntsville, Alabama.

**DONE** and **ORDERED** this 25th day of May, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge