## UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | Case Number:  5:18-CR-56-VEH-HNJ |
| | } | |
| Brian Robert Sodi | } | |
| Defendant(s) | } | |

## NOTICE OF REASSIGNMENT

The above-styled criminal action has been reassigned to the **Honorable Chief Judge Karon O. Bowdre**.  Please use case number **5:18-CR-56-KOB-HNJ** on all subsequent pleadings.

DATED:  June 22, 2018

SHARON N. HARRIS, CLERK

By:_____s/s_____
H. Bagby,   Deputy Clerk

SNH:hb