D. Loren Washburn (#10993)
lwashburn@smithwashburn.com
**SMITH WASHBURN, LLP**
8 East Broadway, Suite 320
Salt Lake City, UT 84111
Telephone:  (801) 584-1800
Facsimile:  (801) 584-1820
*Admitted Pro Hac Vice*

Jack W. Selden
jseldon@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8472
Facsimile:  (205) 521-8800

Neil A. Kaplan
nak@clydesnow.com
**CLYDE SNOW & SESSIONS**
201 South Main Street, 13th Floor
Salt Lake City, UT 84111
Telephone:  (801) 322-2561
Facsimile:  (801) 521-6280
*Admitted Pro Hac Vice*

*Attorneys for Brian R. Sodi*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA, NORTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. BRIAN R. SODI, Defendant. | **NOTICE OF CHANGE OF CONTACT INFORMATION** <br><br> Case No. 5:18-CR-56-KOB-HNJ |
|---|---|

D. Loren Washburn, counsel for Defendant Brian Sodi, hereby gives notice of a change of contact information. Smith Correll, LLP, has changed its name to Smith Washburn, LLP. Mr. Washburn's email address is now lwashburn@smithwashburn.com. All other contact information remains the same.

DATED: July 5, 2018

SMITH WASHBURN, LLP

/s/ D. Loren Washburn
D. Loren Washburn
*Attorneys for Brian R. Sodi*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2018, the foregoing **NOTICE OF CHANGE OF CONTACT INFORMATION** was served on the person(s) named below via the Court's electronic filing system:

Jay E. Town
U.S. ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 32302-2101

Jonathan S. Keim
U.S. ATTORNEY'S OFFICE
400 Meridian Street N, Suite 304
Huntsville, AL 35801

James B. Eubank
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Alabama Securities Commission
401 Adams Avenue, Suite 280
Montgomery, AL 36104

/s/ Melina Hernandez