# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. 5:18-CR-00056-KOB-HNJ |
| | ) |
| **BRIAN ROBERT SODI** | ) |

## GOVERNMENT'S FIRST SUPPLEMENTAL NOTICE OF FOREIGN RECORDS OF REGULARLY CONDUCTED ACTIVITY

The United States of America, by and through its counsel, Jay E. Town, United States Attorney, and Jonathan S. Keim, Assistant United States Attorney, hereby notifies the Court that the Government has provided additional written notice to the defendant of its intent to offer foreign records of regularly conducted activity into evidence at trial under Title 18, United States Code, Section 3505.

Respectfully submitted,

JAY E. TOWN
UNITED STATES ATTORNEY

By:     s/Jonathan S. Keim
JONATHAN S. KEIM
*Assistant United States Attorney*
United States Attorney's Office
400 Meridian St., Suite 304
Huntsville, AL 35801
Phone: (256) 534-8285
Fax:    (256) 539-3270

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        JAY E. TOWN
        UNITED STATES ATTORNEY

**By:**     **s/Jonathan S. Keim**
        JONATHAN S. KEIM
        *Assistant United States Attorney*
        United States Attorney's Office
        400 Meridian St., Suite 304
        Huntsville, AL 35801
        Phone: (256) 534-8285
        Fax:    (256) 539-3270