FILED
2019 Feb-19  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| **v.** | } | **CASE NO.  5:18-cr-56-KOB-HNJ** |
| | } | |
| **BRIAN ROBERT SODI** | } | |

## ORDER

The Court will hold a telephonic status conference on Thursday, March 14, 2019 at 1:00 p.m., CST.  To participate in the conference, the parties shall dial 888-273-3658, and enter access code 5049522.

The parties shall be prepared to discuss whether the defendant intends to be placed on the consent docket or proceed to trial.

**DONE** this 19th day of February, 2019.


HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE