IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,

VS.   5:18-CR-56 KOB-HNJ (001)

BRIAN ROBERT SODI,
    Defendant.

## ORDER

The court has been notified that defendant Brian Robert Sodi desires a hearing for the purpose of changing his plea.  Accordingly, a consent hearing is scheduled in this matter on **Monday, April 29, 2019 at 2:00 PM**, Courtroom 8, Hugo L. Black U.S. Courthouse, Birmingham, Alabama.  **Counsel for the defendant is reminded of the requirement for filing the Guilty Plea Advice of Rights Form in the courtroom immediately prior to this proceeding**.  (See http://www.alnd.uscourts.gov/bowdre/BowdrePage.htm  for this form.)

Counsel is directed to notify chambers in advance if this defendant will be entering a blind plea.

**DONE** this 19th day of April, 2019.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE