UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                  5:18-CR-56 KOB-HNJ (001)

**BRIAN ROBERT SODI,**
        **Defendant.**

## ORDER

This action is scheduled for a Sentencing Hearing for Defendant Brian Robert Sodi, **Thursday, October 3, 2019 at 10:30 AM**, Courtroom 8, Hugo L. Black United States Courthouse, Birmingham, Alabama. Counsel is reminded that the mandatory assessment fee is due at the time of sentencing.

Federal Rules of Criminal Procedure 32(f) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby **ORDERED** that such objections be filed with the Clerk of the Court and served on the Probation Office.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court. In the absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this order.

Counsel are requested to notify Courtroom Deputy Frankie Sherbert (205-278-1738

or frankie_sherbert@alnd.uscourts.gov) within 72 hours <u>prior</u> to sentencing if testimony, victim statements or special issues or circumstances are anticipated at this sentencing hearing.

**So Ordered** this <u>20th</u> day of May, 2019.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE