# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 5:18-cr-00056-KOB-HNJ |
| **v.** | ) | |
| | ) | |
| **BRIAN ROBERT SODI** | ) | |

## <u>GOVERNMENT'S MOTION TO SEAL DOCUMENT</u>

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Edward J. Canter, Assistant United States Attorney, and moves the Court for permission to file a document under seal. The basis for the government's request is that public disclosure of the document runs the risk of compromising ongoing criminal investigations.

Respectfully submitted this 5th day of February, 2021.

                                              Respectfully submitted,

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              */s/ Edward J. Canter*
                                              EDWARD J. CANTER
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that, on February 5, 2021, I filed this document with the Clerk of Court for the United States District Court for the Northern District of Alabama using the CM/ECF system which will send notification of such filing to the defendant's counsel of record.

*/s/ Edward J. Canter*
Edward J. Canter
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, Alabama 35203
Tel: (205) 244-2001
