# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No.: 5:18-CR-00056-KOB-HNJ |
| | ) |
| **BRIAN ROBERT SODI** | ) |

## <u>MOTION TO SEAL DOCUMENT</u>

COMES NOW the Defendant, by and through his counsel and moves this Court for permission to file a document under seal. The basis for the defendant's request is that public disclosure of the document runs the risk of compromising ongoing criminal investigations.

Respectfully submitted,

/s/ *Jack Selden*
Jack Selden
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL 35103-2119
Telephone: 205.521.8000

## **CERTIFICATE OF SERVICE**

This is to certify that on November 24th, 2021, I have electronically filed the foregoing with the Clerk of the court using the ECF system, which will send notification to all parties.


/s/ *Jack Selden*
Jack Selden